438 A.2d 649

Commonwealth v. Cristafulli, Appellant.

Argued June 10, 1980. Edward A. Savastio, for appellant; Jean Marie Cella, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 650

Commonwealth v. Cooper, Appellant.

Submitted May 5, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

Judgment of sentence affirmed.